IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

REYNALDO CARRASQUILLO,

                              Plaintiff.

          v.

ANTHONY REGINALD DIDONATO T/A
RAPID RECOVERY CREDIT &
COLLECTIONS,

                             Defendant.

Civil Action Number 3:10CV227

## **ORDER**

THIS MATTER is before the Court on Plaintiff counsel Joelle Gotwals' Motion to Withdraw as attorney. (Doc. No. 6.) Upon due consideration, the Motion is hereby GRANTED. The Clerk is DIRECTED to remove Joelle Gotwals as counsel of record in the above case.

Let the Clerk send a copy of this Order to all counsel of record.

And it is SO ORDERED.

                                                        /s/
                                   James R. Spencer
                                   Chief United States District Judge

ENTERED this   29th   day of July 2010