AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

F I L E
SEP -2 2010
CLERK U.S. DISTRICT COURT
RICHMOND, VA

Reynaldo Carrasquillo )
)
*Plaintiff* )
) Civil Action No. 3:10-cv-00227
v. )
)
Anthony Reginald DiDonato T/A Rapid Recovery )
Credit & Collections )
)
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Anthony Reginald DiDonato T/A
Rapid Recovery Credit & Collections
6900 Winners Cir
Fairfax Station, VA 22039

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joelle Gotwals, Esq.
Law Office of Robert Weed
7900 Sudley Rd Ste 409
Manassas, VA 20109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Fernando Galindo, Clerk

Date: JUL 2 6 2010

*Signature of Clerk or Deputy Clerk*

5759K8

08/13/10

# The Marston Agency, Inc.
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Reynaldo Carrasquillo | **Court:** | United States District Court |
| **Defendant:** | Anthony Reginald DiDonato T/A Rapid Recovery Credit & Collections | **Case:** | 3:10-cv-00227 |
| **Serve:** | Anthony Reginald DiDonato t/a Rapid Recovery Credit & Collections<br>6900 Winners Cir<br>Fairfax Station, VA 22039 | **Return Date:**<br>**Time:** | |
| **Contact:** | Joelle Gotwals<br>7900 Sudley Road, Suite 409<br>Manassas, VA 20109 | **Phone:** | 434-993-5101 |

**Type(s) of Writ(s)**  paper:1203081

Summons and Complaint

Witness/Defendant Anthony Reginald DiDonato t/a Rapid Recovery Credit & Collections was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
(✓) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
( ) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _Stephen Shipp_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy,

**Served Date:** 8/17/10    **Served Time:** 8:38

**Signature of Process Server**
**Notary**

**State of:** Virginia    **County/City of:** ~~Henrico, Norfolk,~~ Prince William.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this _18_ day of Aug/Sep 20_10_

**Notary Public:** _____

| Type of Service: A | Auth Attempts: 1 | Order: 209276 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| **Attempts** | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**

*GAIL TIMBERS NOTARY PUBLIC REG # 240813 MY COMMISSION EXPIRES 10/31/2013 COMMONWEALTH OF VIRGINIA*