

8/15/10

**RAPID RECOVERY**
Credit & Collections
P.O. Box 112
Fairfax, Virginia 22038-0112
Service: (703) 273-4224 • Fax: (703) 273-1126



FILE
SEP -3 2010
CLERK, U.S. DISTRICT COURT
RICHMOND VA

Civil Action No. 3:10-cv-00227



Answer:

Law office of Robert Weed
Served Defendant at two wrong
Locations and on the third try 8/15
Did Serve Defendant at his Location.

### Parties

1 - ?, NO
2 - yes
3 - NO
4 - NO
5 - yes
6 - NO

### Jurisdiction

7 - Plaintiff ~~lives~~ Lives in Loudoun County, VA.

8 - ?, NO

### Statement of Facts

9 - yes, As well as Sister ( Sandra Carrasquillo )
10 - yes
11 - yes, (H father cont)



# RAPID RECOVERY
### Credit & Collections
P.O. Box 112
Fairfax, Virginia 22038-0112
Service: (703) 273-4224 • Fax: (703) 273-1126



Continued

12 — NO, March 13/ 2009 — First Call to Debters (Plaintiff)

13 — NO, An Agreement was made to make payments every 2 weeks until Debt is paid.

14 — Yes

15 — NO, An Agreement was made to make payments every 2 weeks until Debt is paid.

16 — Yes

17 — Yes, Debit Card Given to Continue with agreed upon Payment Plan

18 — NO, Agreement to pay every 2 weeks.
(Bank was checked for Funds Availability
Funds were Available 4/3/09)

19 — NO

20 — Yes

21 — Yes, Persuant to Payment Plan and, Funds being Available in his PNC Account)

22 — Yes

23 — NO, Agreement to pay every 2 weeks
(Bank was checked for Funds Availability
Funds were Available 6/26/09)





# RAPID RECOVERY
Credit & Collections
P.O. Box 112
Fairfax, Virginia 22038-0112
Service: (703) 273-4224 • Fax: (703) 273-1126

24 - NO

25 - yes, persuant to payment plan and,
          Funds being Available in his PNC Account)

26 - yes

27 - NO, Agreement to Pay every 2 weeks
          (Bank was checked for Funds Availability -
           Funds were Available  8/18/09)

28 - NO

29 - yes, persuant to payment plan and,
          Funds being Available in his PNC Account)
          10/29, only # 50 Available

30 - yes, persuant to payment plan and
          Funds being Available in his PNC Account
          11/2, only # 20 Available

31 - NO, Agreement to Pay every 2 weeks
          Bank was checked for Funds Availability
          (Less Funds - only # 20 Available - 11/2/09)

32 - NO

33 - yes, All moneys were Credited toward Plaintiffs
          All





**RAPID RECOVERY**
Credit & Collections
P.O. Box 112
Fairfax, Virginia 22038-0112
Service: (703) 273-4224 • Fax: (703) 273-1126

Violations

34 - NO

35 - yes, As well as Sister. (Sandra)

36 - NO

37 - NO, Money Availability was never Consistant with Payment terms Agreed upon.

38 - NO, ALL Payments were Persuant to Agreed upon terms with Plantiff, As Long as Funds were Available.

39 - NO, ALL Payments were Agreed upon by both Parties, as Long as Funds were Available.

40 - NO, Plantiff Authorized payment Plan (See 15, statement of Facts)

41 - NO

42 - ~~yes~~, No, Consent was given by Plaintiff (see 15, statement of Facts)

43 - NO, Abuse

44 - NO, Consent was Given by Plaintiff.

45 - NO, Deceptive means to Collect





# RAPID RECOVERY
### Credit & Collections
P.O. Box 112
Fairfax, Virginia 22038-0112
Service: (703) 273-4224 • Fax: (703) 273-1126

46- No, No unAuthorized withdrawals were taken.
(see 15, statement of facts)

47- No, No unauthorized withdrawals were taken
(see 15, statement of facts)

### Prayer for Relief

① No, No Violations were Committed.

② No, No Violations were Committed

③ No, No Violations were Committed

④ No, No Violations were Committed

⑤ No, No Violations were Committed

These two Cases were turned over to Atty. Shawn Whittakers
office to persue Legal Remedys. Rapid Recovery turned both
Cases over because neither Reynablo Carrasquillo or Sandra
Carrasquillo Would Continue Payment Agreements. Anthony R. Gironda

726

RAPID RECOVERY
CREDIT & COLLECTIONS

P.O. BOX 112, Fairfax, VA 22038-0112
Phone: (703) 273-4224 * Fax: (703) 273-1126

INFORMATION SHEET AND REQUEST FOR LEGAL ACTION

DATE: June 14, 2010

From:      TOWN CENTER CHIROPRACTIC DBA, DR. GIANCARLO GUTIERREZ
Address:
           STERLING, VA  20165

Telephone:
------------------------------------------------------------

Debtor Name: REYNALDO CARRASQUILLO
Address:     2105 LOWRY PARK TERRACE #103        21451  ✓
             ASHBURN, VA 20147

Atty ①
434893-
5101
Women Atty ④
Say's Filthy Case ✓
RRCC!
①

Employer Name: _____
Employer Address: _____
City, State, Zip: _____

Phone #: Home -571-291-3057        Work -703-597-4842

Individual _____   Proprietorship _____   Partnership _____   Corporation _____

SSN: 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              DOB: _____

Contact Person: _____

Amount Due:   Principal      $1,781.00
              Interest       $_____          Date of Last Payment Charge:
              Attorney Fees  $_____          _____
              Collection Fee $25.00
              Court Costs    $_____
              Total Amount Due $_____

A)  If claim is based on a WRITTEN CONTRACT or BAD CHECK, attach the original
    document.  Retain copy for your files.
B)  If claim is on an OPEN ACCOUNT, attach bill or copy of ledger (statement of
    account).  Retain copy for your files.

Bank (if known): _____   Account #: 6716_____
Other Information: _____

               Signature: _____

               Printed Name: _____

                              COLLECTOR: TONY
         LegalY
* VISA/MASTERCARD/AMERICAN EXPRESS/DISCOVER* CHECKS BY PHONE ALSO ACCEPTEDD\\

4430 4730 8010 8161
01/10

Use for
Reynaldo +
Sandra -
Per Reynaldo


# TOWN CENTER
# CHIROPRACTIC

Dr. Giancarlo Gutierrez
Dr. Michelle Gutierrez
Dr. Joseph Mazzara

## APPLICATION FOR TREATMENT

Please check the type of care desired: ☐ Temporary Relief  ☐ Lasting Correction
TO SAVE TIME AND ALLOW US TO BETTER SERVE YOU, PLEASE COMPLETE ALL QUESTIONS.     DATE: 10/10/08

| 1. Name  REYNALDO CARRASQUILLO | 2. Phone Home/Work  571-291-3057 / 703-597-4842 |
|---|---|

3. Complete address (include city, state, and zip)
21051 20W2Y PARK TER APT 103
ASHBURU VA 20147

| 4. DOB  9/2/1979 | 5. Age  29 |
|---|---|

| 6. ☑ Married ☐ Widowed ☐ Male ☐ Single ☐ Divorced ☐ Female | 7. Referred By:  RICARDO CARRASQUILLO | 8. Occupation  CREW LEADER  BELFOR USA |
|---|---|---|

9. Employer name, address, and phone # BELFOR  STERLING
703-450-3900 Alice - 571-296-7253

| 10. Social Security #  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 | 11. No. of Children  2 | 12. Have you had Chiropractic care before?  ☑ Yes Where? PAULIN ☐ No |
|---|---|---|

13. Do you have health insurance? If yes, please give company name, address, and phone # Group#  Ind# BBP4W37A
☑ Yes ☐ No  AETNA  P.O. BOX 981107 ELPASO TX 7998 [ 361404

14. Where do you feel the problem? What is your major complaint? ☑☑ 1888 70 PETRA
LOW OR BACK Left  PAIN + MOVEMENT  PAIN Shots Down

15. How long has it been bothering you?  about 4 weeks
16. Are you on Medicare? Yes ☐ No ☑
17. What is your current E-mail Address?  DAPICAU@MSN.COM

18. Please indicate if you are here for care because of: ☐ an on the job injury ☐ an auto accident ☐ home injury

| Date injured: | Insurance co. | Attorneys name (if any) | Attorneys address |
|---|---|---|---|
| | | | |

| 19. Have you ever had any falls, auto accidents, or injuries?  ☑ Yes Please describe ☐ No | MONTH/YEAR  82/04 | TYPE OF ACCIDENT  AUTO | DESCRIBE INJURY  BACK + NECK |
|---|---|---|---|

| 20. Have you ever had surgery?  ☐ Yes ☑ No | MONTH/YEAR | TYPE OF SURGERY | COMMENTS |
|---|---|---|---|
| | | | |

| 21. Are you presently taking medication?  ☐ Yes ☑ No | NAME OF DRUG | DOSES PER DAY | FOR HOW LONG |
|---|---|---|---|
| | | | |
| | | | |

(PLEASE TURN OVER)

| | | | |
|---|---|---|---|
| ___ Headaches | ___ Fainting | ___ Heart Attacks | ___ Numbness |
| ___ Shooting Head Pains | ___ Loss of Balance | ___ High Blood Pressure | ___ Constipation |
| ___ Sinus Trouble | ___ Ringing in Ears | ___ Low Blood Pressure | ___ Kidney trouble |
| ___ Loss of Smell | ___ Blurred Vision | ___ Anemia | ___ Menstrual cramps |
| ___ Allergies | ___ Lights bother eyes | ___ Stomach trouble | ___ Menstrual Irreg. |
| ___ Hayfever | ___ Neck pain | ___ Nerves and nervousness | ___ Diabetes |
| ___ Asthma | ___ Muscle spasms | ___ Inner tension | ___ Cancer |
| ___ Loss of Taste | ___ Grating in neck | ___ Irritability | ___ Sleeping problems |
| ___ Tightness of throat | ___ Shoulder tightness | ___ Cold sweats | ___ Painful joints |
| ___ Inflammation of throat | ___ Shoulder/arm pain | ___ Pins/needles in arms/hands | ___ Swollen joints |
| ___ Thyroid trouble | ___ Cold hands | ___ Gall bladder trouble | ___ Pinched nerves |
| ___ Twitching of face | ___ Chest pains | ___ Indigestion | ___ Swollen ankles |
| ___ Loss of memory | ___ Shortness of breath | ___ Pins/needles in legs | ___ Cold feet |
| ___ Fatigue | ___ Mid back pain | ___ Intestinal gas | ___ Pain in legs/feet |
| ___ Depression | ___ Low back pain | | |

## FAMILY HEALTH HISTORY

Please review the below listed diseases and conditions and indicate those that are current health problems of a family member.

Please indicate M for Mother, F for Father, S for Spouse, C for children

| | | | |
|---|---|---|---|
| ___ Arthritis | ___ Asthma-Hayfever | ___ Back Trouble | ___ Bursitis |
| ___ Cancer | ___ Constipation | ___ Diabetes | ___ Emphysema |
| ___ Disc Problem | ___ Epilepsy | ___ Headache | ___ Insomnia |
| ___ Heart Trouble | ___ High Blood Pressure | ___ Kidney Trouble | ___ Migraines |
| ___ Liver Trouble | ___ Nervousness | ___ Pinched Nerve | ___ Scoliosis |
| ___ Sinus Trouble | ___ Stomach Trouble | | |

If any of the above family members are deceased, please list their cause and age at death:

_____

## INSURANCE BENEFITS ASSIGNMENT AND FINANCIAL RESPONSIBILITIES

**To Whom It May Concern:**

I hereby authorize and direct you, my insurance company to pay directly to Town Center Chiropractic, LLC, such sums as may be due and owing this office for services rendered me, both by reason of accident or illness, and by reason of any other bills that are due to TCC. If my current policy prohibits direct payments to TCC, then I hereby also instruct and direct my insurance company to make out the check to me and mail it to TCC. I hereby further give a lien to TCC against any and all insurance benefits named herein. This is to act as an assignment of my rights and benefits to the extent of the services provided by TCC.

In the event that my insurance company obligated to make payments to me upon the charges made by TCC for their services, refuses to make such payments, upon demand by me of this office, I hereby assign and transfer to this office any and all causes of action that I might have or that might exist in my favor against such company and authorize TCC to prosecute said cause of action either in my name, and further, I authorize TCC to compromise, settle or otherwise resolve said claim as cause of action as they see fit.

I understand that I remain personally responsible for the total amounts due to TCC for their services. I further understand and agree that this Assignment and Authorization does not constitute any consideration for TCC to avail payments and they may demand payments from me immediately upon rendering services at their option. I further understand that if I fail to pay a requested bill to 30 days from the date of the written request, my balance will bear or accrue interest at the rate of 21% per year or 1.75% monthly. I further understand that if for any reason my account remains unpaid for three (3) consecutive months or more and is sent to the TCC attorney for collections, that I will be further charged and responsible for all attorney and court fees incurred for the collection of my unpaid balance. I acknowledge that reasonable attorney fees are 1/3 of my outstanding balance. Interest will continue to accrue on any unpaid principal balance until paid in full.

I authorize the Doctors and staff of TCC to administer care as they deem necessary and to release any information pertinent to my case to any insurance company, adjuster or attorney to facilitate collection under this Assignment and Authorization. I agree that TCC will be given power of Attorney to endorse/sign my name on any and all checks for payment of any bill with TCC.

Fees are payable at the time of x-rays, examinations, and treatments are received, unless other arrangements are made in advance. X-rays remain the property of TCC.

NAME: RONALDO CALASQUIÑO
(please print)

Signed: _____

SS#: 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

Date: 10/10/08

# Town Center Chiropractic
46304 McClellan Way
Sterling, VA 20165
(703)444-9000

Page: 1     1/12/2009

| | |
|---|---|
| **Patient:** Reynaldo Carrasquillo | **Instructions:** |
| 2105 Lowry Park Terr. Apt. 103 | Complete the patient information portion of your insurance |
| Ashburn, VA 20147 | claim form. Attach this bill, signed and dated, and all other |
| | bills pertaining to the claim. If you have a deductible policy, |
| **Chart #:** CARRE000 | hold your claim forms until you have met your deductible. |
| **Case #:** 6716 | Mail directly to your insurance carrier. |

| Date | Description | Procedure | Modify | Dx 1 | Dx 2 | Dx 3 | Dx 4 | Units | Charge |
|---|---|---|---|---|---|---|---|---|---|
| 10/10/2008 | Office/outpatient visit, new, mod | 99203 | 25 | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 105.00 |
| 10/10/2008 | X-ray exam of neck spine | 72040 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 75.00 |
| 10/10/2008 | X-ray exam of lower spine | 72100 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 85.00 |
| 10/10/2008 | CMT, spinal, 3-4 regions | 98941 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 50.00 |
| 10/10/2008 | Electric stimulation therapy | 97014 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 25.00 |
| 10/10/2008 | Ultrasound | 97035 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 30.00 |
| 10/10/2008 | Hot or cold packs therapy | 97010 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 18.00 |
| 10/10/2008 | Manual therapy 1+ regions, ea 15 mn | 97140 | 59 | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 35.00 |
| 10/11/2008 | CMT, spinal, 3-4 regions | 98941 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 50.00 |
| 10/11/2008 | Electric stimulation therapy | 97014 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 25.00 |
| 10/11/2008 | Ultrasound | 97035 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 30.00 |
| 10/11/2008 | Hot or cold packs therapy | 97010 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 18.00 |
| 10/11/2008 | Manual therapy 1+ regions, ea 15 mn | 97140 | 59 | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 35.00 |
| 10/13/2008 | CMT, spinal, 3-4 regions | 98941 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 50.00 |
| 10/13/2008 | Electric stimulation therapy | 97014 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 25.00 |
| 10/13/2008 | Ultrasound | 97035 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 30.00 |
| 10/13/2008 | Hot or cold packs therapy | 97010 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 18.00 |
| 10/13/2008 | Manual therapy 1+ regions, ea 15 mn | 97140 | 59 | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 35.00 |
| 10/14/2008 | CMT, spinal, 3-4 regions | 98941 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 50.00 |
| 10/14/2008 | Electric stimulation therapy | 97014 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 25.00 |
| 10/14/2008 | Ultrasound | 97035 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 20.00 |
| 10/14/2008 | Hot or cold packs therapy | 97010 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 18.00 |
| 10/14/2008 | Manual therapy 1+ regions, ea 15 mn | 97140 | 59 | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 35.00 |
| 10/14/2008 | Credit card | CC | | | | | | 1 | -60.00 |
| 10/15/2008 | CMT, spinal, 3-4 regions | 98941 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 50.00 |
| 10/15/2008 | Electric stimulation therapy | 97014 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 25.00 |
| 10/15/2008 | Hot or cold packs therapy | 97010 | | 739.1 | 722.4 | 739.4 | 722.52 | 1 | 18.00 |

| **Provider Information** | | |
|---|---|
| Provider Name: Giancarlo Gutierrez DC | Total Charges: $ 990.00 |
| License: 0104001599 | Total Payments: -$ 60.00 |
| Commercial PIN: | Total Adjustments: $ 0.00 |
| SSN or EIN: 541949257 | Total Due This Visit: $ 930.00 |
| | Total Account Balance: $ 1,781.00 |

**Assign and Release:** I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____     Date: _____



This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

RETURN REASON-D
CLOSED ACCOUNT

Document Seq #
06040903346602801525
KNDHIPNA
06/04/10

06/04/2010
00000000025911

Raynaldo Carrasquillo
0999

Pay to the
Order of   Rapid Recovery
*** TEN AND XX/100 **** Dollars
THE RIGGS NATIONAL BANK OF WASHINGTON
5252010030

Town Center Chiro.

:054000030: 53053 2893 1

⑈:054000030⑈:53053 2893 1⑈

Rapid Recovery
PO Box 112
Fairfax, VA 22030-0112

Client:

| DEBTOR NAME: | SS #: |
| Patient Name: | Relationship to Debtor: |
| Address: | Acct. #: |

| Home Telephone: | Employer Telephone: |

| Other Telephone: |

| Payments Received: | Principal Balance: _____ |
| | Balance Due _____ |

## PHONE LOG

| Date | Time | H/B/W | | Comments |
|------|------|-------|---|----------|
| 3/13 | Pm | w / H | lron / lrod | |
| 3/19 | Am | w / H | ONKOP / w/w | |
| 9/15 | Pm | C/P / H | lron / lrr | |
| 9/16 | Pm | C/P / H | lron / lor | |
| 9/18 | Pm | H / C/P | lron / lrn | |
| 9/21 | Pm | C/P / H | lron / lrn | |
| 9/22 | Am | H / C/P | lron / lrn | |
| 9/24 | Am | C/P / H | lron / lrn | |
| 9/25 | Pm | C/P / H | lron / lrn | |
| 9/28 | Am | C/P / H | lron / lrn | |
| 9/2 | Am | C/P / H | lron / lrn | |
| 9/3 | Am | C/P / H | lron / lrn | |
| 9/8 | Pm | C/P- / H - | lron / lrnr | |

5/15/09 - pm - cp- won
N - won

5/18  Dbt  PTP  100  on  6/15

6/10/10 - pm - cp - won

RAPID RECOVERY
CREDIT & COLLECTIONS

P.O. BOX 112, Fairfax, VA 22038-0112
Phone:  (703) 273-4224 * Fax:  (703) 273-1126

INFORMATION SHEET AND REQUEST FOR LEGAL ACTION

DATE:August 30, 2010

From:   TOWN CENTER CHIROPRACTIC DBA, DR. GIANCARLO GUTIERREZ
Address:
        STERLING, VA 20165

Telephone:
--------------------------------------------------------------------

Debtor Name: SANDRA CARRASQUILLO
Address:     11457 CYRPESS POINT COURT
             RESTON, VA 20190

Employer Name: _____
Employer Address: _____
City, State, Zip: _____

Phone #:  Home -703-870-4325        Work -703-435-0263

Individual _____   Proprietorship _____   Partnership _____   Corporation _____

SSN: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              DOB: _____

Contact Person: _____

Amount Due:   Principal       $742.23
              Interest        $_____
              Attorney Fees   $_____        Date of Last Payment Charge:
              Collection Fee  $25.00           _____
              Court Costs     $--------
              **Total Amount Due**  $_____

A)  If claim is based on a WRITTEN CONTRACT or BAD CHECK, attach the original
    document.  Retain copy for your files.
B)  If claim is on an OPEN ACCOUNT, attach bill or copy of ledger (statement of
    account).  Retain copy for your files.

Bank (if known): _____   Account #: 6580_____
Other Information: _____

Signature: _____

Printed Name: _____

COLLECTOR:WHITTAKER-F

        LegalLEGAL FILING
* VISA/MASTERCARD/AMERICAN EXPRESS/DISCOVER* CHECKS BY PHONE ALSO ACCEPTEDD\\

# TOWN CENTER CHIROPRACTIC

Dr. Giancarlo Gutierrez
Dr. Michelle Gutierrez
Dr. Joseph Mazzara

## APPLICATION FOR TREATMENT

Please check the type of care desired: ☐ Temporary Relief  ☐ Lasting Correction
TO SAVE TIME AND ALLOW US TO BETTER SERVE YOU, PLEASE COMPLETE ALL QUESTIONS.  DATE: 8-15-08

| 1. Name Sandra Carrasquillo | 2. Phone Home/Work (703) 870-4325 |
|---|---|

| 3. Complete address (include city, state, and zip) 11457 Cypress Point ct Reston VA 20190 | 4. DOB 7-19-83 | 5. Age 25 |
|---|---|---|

| 6. ☐ Married ☐ Widowed ☐ Male ☐ Single ☒ Divorced ☒ Female | 7. Referred By: Luz Carrasquillo | 8. Occupation Teacher |
|---|---|---|

9. Employer name, address, and phone # Kinder Care 1940 Isaac Newton Sq Reston VA 20190  703) 435-0263

| 10. Social Security # 223 29-6498 | 11. No. of Children 3. | 12. Have you had Chiropractic care before? ☒ Yes  Where? Centreville ☐ No |
|---|---|---|

13. Do you have health insurance? If yes, please give company name, address, and phone #  Group#  Ind#
☒ Yes ☐ No  Medicaid

14. Where do you feel the problem? What is your major complaint?
Lower back

| 15. How long has it been bothering you? a few weeks | 16. Are you on Medicare? Yes ☐ No ☒ | 17. What is your current E-mail Address? Sicarrasquillo@gmail.com |
|---|---|---|

18. Please indicate if you are here for care because of: ☐ an on the job injury ☐ an auto accident ☐ home injury

| Date injured: | Insurance co. | Attorneys name (if any) | Attorneys address |
|---|---|---|---|
| | | | |

| 19. Have you ever had any falls, auto accidents, or injuries? ☐ Yes Please describe ☐ No | MONTH/YEAR | TYPE OF ACCIDENT | DESCRIBE INJURY |
|---|---|---|---|
| | | | |
| | | | |

| 20. Have you ever had surgery? ☒ Yes ☐ No | MONTH/YEAR | TYPE OF SURGERY | COMMENTS |
|---|---|---|---|
| | 9-07 | finger | |
| | 10-05 | appendix | removed |

| 21. Are you presently taking medication? ☒ Yes ☐ No | NAME OF DRUG | DOSES PER DAY | FOR HOW LONG |
|---|---|---|---|
| | Vicodin | 1-2 as needed | as long as I need |
| | Motrin 800 | 3 x's daily | |

**(PLEASE TURN OVER)**

Please check any of the following that give you difficulty.

| | | | |
|---|---|---|---|
| ✓ Headaches | Fainting | ___ Heart Attacks | ___ Numbness |
| ✓ Shooting Head Pains | Loss of Balance | ___ High Blood Pressure | ___ Constipation |
| Sinus Trouble | Ringing in Ears | ___ Low Blood Pressure | ___ Kidney trouble |
| Loss of Smell | Blurred Vision | Anemia | ✓ Menstrual cramps |
| ✓ Allergies | ✓ Lights bother eyes | ✓ Stomach trouble | Menstrual Irreg. |
| Hayfever | ✓ Neck pain | ✓ Nerves and nervousness | Diabetes |
| Asthma | Muscle spasms | Inner tension | ___ Cancer |
| Loss of Taste | Grating in neck | Irritability | ✓ Sleeping problems |
| Tightness of throat | Shoulder tightness | Cold sweats | Painful joints |
| ✓ Inflammation of throat | Shoulder/arm pain | ✓ Pins/needles in arms/hands | Swollen joints |
| Thyroid trouble | Cold hands | Gall bladder trouble | Pinched nerves |
| Twitching of face | Chest pains | Indigestion | Swollen ankles |
| Loss of memory | Shortness of breath | ✓ Pins/needles in legs | Cold feet |
| Fatigue | Mid back pain | Intestinal gas | ✓ Pain in legs/feet |
| Depression | ✓ Low back pain | | |

## FAMILY HEALTH HISTORY

Please review the below listed diseases and conditions and indicate those that are current health problems of a family member.

Please indicate M for Mother, F for Father, S for Spouse, C for children

| | | | |
|---|---|---|---|
| ✓ Arthritis | Asthma-Hayfever | ✓ Back Trouble | ___ Bursitis |
| C,M Cancer | M Constipation | ✓ Diabetes | ___ Emphysema |
| M Disc Problem | Epilepsy | M,F Headache | M Insomnia |
| C,F Heart Trouble | M High Blood Pressure | ___ Kidney Trouble | ___ Migraines |
| ___ Liver Trouble | Nervousness | ___ Pinched Nerve | ___ Scoliosis |
| F Sinus Trouble | Stomach Trouble | | |

If any of the above family members are deceased, please list their cause and age at death:

## INSURANCE BENEFITS ASSIGNMENT AND FINANCIAL RESPONSIBILITIES

**To Whom It May Concern:**

I hereby authorize and direct you, my insurance company to pay directly to Town Center Chiropractic, LLC, such sums as may be due and owing this office for services rendered me, both by reason of accident or illness, and by reason of any other bills that are due to TCC. If my current policy prohibits direct payments to TCC, then I hereby also instruct and direct my insurance company to make out the check to me and mail it to TCC. I hereby further give a lien to TCC against any and all insurance benefits named herein. This is to act as an assignment of my rights and benefits to the extent of the services provided by TCC.

In the event that my insurance company obligated to make payments to me upon the charges made by TCC for their services, refuses to make such payments, upon demand by me of this office, I hereby assign and transfer to this office any and all causes of action that I might have or that might exist in my favor against such company and authorize TCC to prosecute said cause of action either in my name, and further, I authorize TCC to compromise, settle or otherwise resolve said claim or cause of action as they see fit.

I understand that I remain personally responsible for the total amounts due to TCC for their services. I further understand and agree that this Assignment and Authorization does not constitute any consideration for TCC to await payments and they may demand payments from me immediately upon rendering services at their option. I further understand that if I fail to pay a requested bill in 30 days from the date of the written request, my balance will accrue interest rate of 11%, per year or 1½% monthly. I further understand that if for any reason my account remains unpaid for three (3) consecutive months or more and is sent to the TCC attorney for collections, that I will be further charged and responsible to TCC for all costs of collection including reasonable attorney fees on any unpaid balance. I acknowledge that reasonable attorney fees are 1/3 of any outstanding balance. Interest will continue to accrue on any unpaid principal balance until paid in full.

I authorize the Doctors and staff of TCC to administer care as they deem necessary and to release any information pertinent to my case to any insurance company, adjuster or attorney to facilitate collection under this Assignment and Authorization. I agree that TCC will be given power of Attorney to endorse/sign my name on any and all checks for payment of my bill with TCC.

Fees are payable at the time of x-rays, examinations, and treatments as received, unless other arrangements are made in advance. X-rays remain the property of TCC.

NAME: Sandra Carrasquillo   Signed: _____

(please print)   SS#: 205 59 6498

Date: 8-15-08


**TOWN CENTER
CHIROPRACTIC**

• Dr. Giancarlo Gutierrez
• Dr. Michelle Gutierrez
• Dr. Joseph Mazzara

## MEMORANDUM

DATE: November 7, 2008

TO: Sandra Camasguillo

FM: ✓ Dr. Giancarlo Gutierrez _____ Dr. Joseph Mazzara

RE: **COLLECTION NOTICE:** $ 459.00
First Notice: ✓
Second Notice: 12-10-08
FINAL Notice: 1-10-09

--------------------------------------------------------------------

Please be advised that the amount indicated above is your portion of the remaining balance for your treatment at Town Center Chiropractic.

Please feel free to contact this office to discuss a payment plan and any other concerns you may have between the hours of 9:00am – 4:00pm, Monday thru Friday at 703-444-9000.

Thank you
Billing Department



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

REYNALDO CARRASQUILLO )
Plaintiff )
)
v. )
)
)
ANTHONY REGINALD DIDONATO )
T/A RAPID RECOVERY CREDIT & )
COLLECTIONS )
Defendant )
)
)

Civil Case No. 3:10CV227

**COMPLAINT AND JURY TRIAL DEMAND**

## COMPLAINT FOR VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

COMES NOW Reynaldo Carrasquillo, Plaintiff, bringing this complaint against Anthony Reginald DiDonato T/A Rapid Recovery Credit & Collections (hereinafter "Rapid Recovery"), saying:

### PARTIES

1.  Plaintiff Reynaldo Carrasquillo is a natural person.

2.  On information and belief, Rapid Recovery is a sole proprietorship owned by Anthony Reginald DiDonato, who registered the trade name "Rapid Recovery Credit & Collections" with Fairfax County Circuit Court in 2002.

3.  Service may be effected on Defendant Rapid Recovery at:

    **Anthony Reginald DiDonato**
    **Rapid Recovery Credit & Collections**
    **4085 Chain Bridge Road**
    **Fairfax, VA 22030**

4. Alternatively, the Defendant may be served at:

**Anthony Reginald DiDonato**
**Rapid Recovery Credit & Collections**
**10560 Main St., Suite 419**
**Fairfax, VA 22030**

5. Defendant is a company engaged in the business of collecting debts by mail or telephone. Defendant regularly collect debts owed or due or asserted to be owed or due to another.

6. This is a complaint for violation of the Fair Debt Collection Practices Act, 15 USC § 1692 *et seq.*

## JURISDICTION

7. Jurisdiction of this Court arises under 15 USC § 1692k(d) and 28 USC §§ 1331 and 1337.

## JURY TRIAL DEMAND

8. Plaintiff Reynaldo Carrasquillo hereby demands that all issues in this case triable by a jury be so tried.

## STATEMENT OF FACTS

9. Reynaldo Carrasquillo incurred a debt with Town Center Chiropractic for personal, family, or household use (hereinafter "the debt").

10. The debt was assigned, transferred, or otherwise sold to Defendant Rapid Recovery to assist in collection of the debt.

11. On January 19, 2009, Defendant Rapid Recovery contacted Mr. Carrasquillo by mail in an effort to collect the debt.

Yes 12. In approximately the first week of February of 2009, Defendant Rapid Recovery called Mr. Carrasquillo about the debt.

100 13. Mr. Carrasquillo agreed orally to make a one-time payment of $100 to Rapid Recovery on February 13, 2009.

Yes 14. That payment was withdrawn from Mr. Carrasquillo's bank account on February 17, 2009.

NO 15. Mr. Carrasquillo agreed to begin automatic bill payments from his bank, PNC, to Defendant Rapid Recovery in March 2009.

*(handwritten margin note: Feb 13 to begin Auto Bill Payment)*

Yes 16. On March 18, 2009, PNC generated a check for $100 for Rapid Recovery from Mr. Carrasquillo's bank account, with his permission.

NA Yes 17. On April 3, 2009, Defendant Rapid Recovery used the debit card information provided by Mr. Carrasquillo in February to charge his account an additional $100.

NO 18. The $100 Defendant Rapid Recovery withdrew from Mr. Carrasquillo's account on April 3, 2009 was not authorized by nor consented to by Mr. Carrasquillo.

NO 19. Mr. Carrasquillo contacted Defendant Rapid Recovery, and was told someone would "look into it" and refund the money to Mr. Carrasquillo's account.

Yes 20. The money was never, in fact, returned to Mr. Carrasquillo by Rapid Recovery.

Yes 21. On April 16, 2009 and June 24, 2009, PNC generated checks for $100 for Rapid Recovery from Mr. Carrasquillo's bank account, with his permission.

Yes 22. On June 26, 2009 Defendant Rapid Recovery used the account information

provided by Mr. Carrasquillo to generate a check for $100.

23. The check dated June 26, 2009 was not authorized by nor consented to by Mr. Carrasquillo.

24. This unauthorized check allowed Defendant Rapid Recovery to withdraw $100 from Plaintiff Carrasquillo's account.

25. On July 22, 2009, PNC generated a check for $100 for Rapid Recovery from Mr. Carrasquillo's bank account, with his permission.

26. On August 18, 2009 Defendant Rapid Recovery used the account information provided by Mr. Carrasquillo to generate a check for $100.

27. The check dated August 18, 2009 was not authorized by nor consented to by Mr. Carrasquillo

28. This unauthorized check allowed Defendant Rapid Recovery to withdraw $100 from Plaintiff Carrasquillo's account.

29. On October 29, 2009, PNC generated a check for $50 for Rapid Recovery from Mr. Carrasquillo's bank account, with his permission

30. On November 2, 2009 Defendant Rapid Recovery used the account information provided by Mr. Carrasquillo to generate a check for $20.

31. The check dated November 2, 2009 was not authorized by nor consented to by Mr. Carrasquillo

32. This unauthorized check allowed Defendant Rapid Recovery to withdraw $20 from Plaintiff Carrasquillo's account.

33. None of the money Defendant Rapid Recovery withdrew from Mr.

Carrasquillo's bank account without his authorization or consent was ever returned.

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT BY

## ANTHONY REGINALD DIDONATO

## T/A RAPID RECOVERY CREDIT & COLLECTIONS

34. Plaintiff restates herein all previous paragraphs.

35. Defendant Rapid Recovery was collecting or attempting to collect a debt from Plaintiff Reynaldo Carrasquillo originally owed to Town Center Chiropractic.

36. Defendant Rapid Recovery agreed to repayment terms for that debt with Plaintiff Carrasquillo.

37. In fact, Plaintiff Carrasquillo was making payments to Defendant Rapid Recovery consistent with that oral agreement.

38. Nevertheless, Defendant was making additional unauthorized withdrawals from Mr. Carrasquillo's bank account.

39. On April 3, June 26, August 18, and Nov 2, 2009, Defendant Rapid Recovery withdrew money from Mr. Carrasquillo's account without his authorization or consent.

40. Collecting any amount from a consumer that was not expressly authorized by the consumer or permitted by law constitutes unfair or unconscionable means to collect a debt.

41. Using such unfair or unconscionable means to collect a debt is a violation of 15 USC § 1692f(1) of the Fair Debt Collection Practices Act.

*yes* 42.    Moreover, withdrawing money from a consumer's bank account without their consent is an abusive debt collection practice.

*yes* 43.    Engaging in abuse of a consumer in connection with collection of a debt is a violation of 15 USC § 1692d of the Fair Debt Collection Practices Act.

*yes* 44.    Withdrawing money from a consumer's bank account without their consent constitutes using false representations or deceptive means in collecting a debt.

*yes* 45.    Using false representations or deceptive means to collect or attempt to collect any debt is a violation of 15 USC § 1692e(10) of the Fair Debt Collection Practices Act.

*No* 46.    As a result of Defendant Rapid Recovery's numerous unauthorized withdraws in violation of the Fair Debt Collection Practices Act, Plaintiff Carrasquillo has suffered financial hardship.

*No* 47.    As a result of Defendant Rapid Recovery's numerous unauthorized withdraws in violation of the Fair Debt Collection Practices Act, Plaintiff Reynaldo Carrasquillo has suffered emotional damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Reynaldo Carrasquillo prays this honorable court:

*No* 1.    Enter a declaratory judgment that the conduct of Anthony Reginald DiDonato T/A Rapid Recovery Credit & Collections violated the Fair Debt Collection Practices Act.

*No* 2.    Award Plaintiff Reynaldo Carrasquillo actual damages pursuant to 15 USC

§ 1692k of the Fair Debt Collection Practices Act.

3. Award Plaintiff Reynaldo Carrasquillo statutory damages in the amount of

$1,000, pursuant to 15 USC § 1692k of the Fair Debt Collection Practices Act.

4. Award costs and reasonable attorneys' fees for the present action.

5. Order such other and further relief as may be just.

RESPECTFULLY SUBMITTED,
REYNALDO CARRASQUILLO

By _____

Joelle E. Gotwals, VSB 76779
Counsel for Plaintiff
Law Office of Robert Weed
7900 Sudley Road, Suite 409
Manassas, VA 20109
(434)-993-5101
Fax: 703-369-2696
joelle@robertweed.com