UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

REYNALDO CARRASQUILLO,

                              Plaintiff,

        v.                                          Civil Action No. 3:10–CV–227

ANTHONY REGINALD DIDONATO,

                              Defendant.

## JUDGMENT AND ORDER

THIS MATTER is before the Court on the bench trial of Plaintiff Reynaldo

Carrasquillo against Defendant Anthony Reginald Didonato. The Court has heard evidence

and arguments from both parties and, for the reasons set forth in the accompanying

Memorandum Opinion, HEREBY FINDS that Carrasquillo has failed to prove by a

preponderance of the evidence the elements essential to the relief he seeks against

Didonato. Accordingly, the Court ORDERS that judgment is entered in favor of the

Defendant and against the Plaintiff.

Let the Clerk send a copy of this Order to the *pro se* Defendant and to all counsel of

record.

It is SO ORDERED.

_____/s/_____
James R. Spencer
Chief United States District Judge

ENTERED this ____15th____ day of June 2011.